JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE LITIGATION PRACTICE GROUP, P.C., <br><br>          Debtor, <br>_____ <br>GREYSON LAW CENTER, P.C., et al., <br><br>          Appellant, <br><br>          v. <br><br>RICHARD A. MARSHACK, as Chapter 11 Trustee, <br><br>          Appellee. <br>_____ | Case No. SA CV 24-2074 FMO <br><br>(BK Case No. 23-10571 SC) <br><br><br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Re: Bankruptcy Appeal, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 10th day of March, 2026.

                                                                        /s/
                                                Fernando M. Olguin
                                            United States District Judge